UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL CASE NO.: 24-3877 (DSD/JFD)

Julie Dalton, individually
and on behalf of all others
similarly situated,

       Plaintiffs,

**ORDER**

  v.

Furniture Mart USA, Inc.,

       Defendant.

Based upon the submitted Stipulation of Dismissal, **IT IS HEREBY ORDERED that** which has been reviewed and approved by the undersigned, all claims between the parties be dismissed with prejudice and without costs or fees to any party.

Dated: January 30, 2025

s/David S. Doty
David S. Doty, Judge
United States District Court